**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | No. CV-07-2548-PHX-LOA |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| One Hundred Nineteen (119) Firearms, ) | |
| Defendant. ) | |
| John W. Hill, ) | |
| Claimant. ) | |

This matter arises upon all parties' recent voluntary consent in writing to magistrate judge jurisdiction pursuant to 28 U.S.C. § 636(c)(1). (docket # 12)

A review of the file indicates this is a civil *in rem* forfeiture action brought to enforce the provisions of 18 U.S.C. § 924(d)(1) for alleged violations of 18 U.S.C. § 922(a)(1)(A). (docket # 1 at 1)  Title 18 U.S.C. § 922(a)(1)(A) makes it unlawful for any unlicensed person to engage in the business of dealing in firearms. Title 18 U.S.C. § 924(d)(1) subjects to forfeiture any firearm involved in or used in any willful violation of the provisions of Title 18. *U.S. v. Twenty Seven (27) Assorted Firearms*, 2005 WL 2645010 (W.D. Tex. 2005) (citing *United States v. Ten Firearms*, 444 F.Supp. 305, 308 (N.D. Tex. 1977).

//

In light of the undersigned's responsibilities under the Civil Justice Reform Act; the Complaint's allegations that this is a 18 U.S.C. § 924(d) civil forfeiture action, not a criminal case, brought pursuant to, *inter alia*, 18 U.S.C. § 981(h); and the procedure in civil *in rem* forfeiture actions is governed by the Federal Rules of Civil Procedure to the extent consistent with the Supplemental Rules for Certain Admiralty and Maritime Claims [Supplemental Rule C, 28 U.S.C.A.], and otherwise by the Supplemental Rules themselves, *United States v. One Glock 19*, 2007 WL 2438361 (N.D. Cal. 2007); *United States v. 3 Parcels in La Plata County, Colo.*, 919 F.Supp. 1449, 1452 (D. Nev. 1995) (*in rem* forfeiture action pursuant to 21 U.S.C. § 881); *United States v. $38,570*, 950 F.2d 1108 (5th Cir. 1992),

**IT IS ORDERED**:

(1) that a scheduling conference will be held pursuant to Rule 16(b), F.R.Civ.P., before the undersigned on **Tuesday, April 8, 2008, at 10:00 a.m.** in the undersigned's chambers, Suite 322, Third Floor, Sandra Day O'Connor United States Courthouse, 401 West Washington Street, Phoenix, AZ. Lead counsel for each party shall be physically present and shall have his client's authority to enter into binding stipulations and make admissions regarding all matters which may be discussed. Rule 16(c), FED.R.CIV.P.

Parties are directed to meet **at least ten (10) days** before the conference, in accordance with Rule 26(f), F.R.Civ.P., to discuss the following matters:

A. Any matters relating to jurisdiction or venue or the joinder of additional parties;

B. The nature and bases of their claims and defenses and the possibilities for a prompt settlement or resolution of the case;

C. A schedule of all pretrial proceedings;

D. Modification of pretrial procedures due to the simplicity or complexity of the case;

E. Any other matters which counsel believe may help dispose of the matter in an efficient manner.

F. Counsel shall file with the Court by **3:00 p.m. on Friday, April 4, 2008**,

1 a proposed **Joint Case Management Report** reflecting the results of their meeting and
2 outlining the discovery plan. The report shall include individually numbered brief statements
3 indicating:
4     1. The nature of the case: the factual and legal basis of plaintiff's claims
5 and defendants' defenses.
6     2. The factual and legal issues genuinely in dispute and whether they
7 can be narrowed by stipulation or motions.
8     3. The federal jurisdictional basis of the case citing specific statutes.
9     4. The parties, if any, that have not been served.
10     5. Whether there are dispositive or partially dispositive issues to be
11 decided by pretrial motions.
12     6. The status of related cases pending before other Judges of this
13 District Court or before other courts.
14     7. Suggested changes, if any, in the limitations on discovery imposed
15 by Rule 26(b)(2), F.R.Civ.P., and to minimize the expense of discovery.
16     8. A statement of whether initial disclosures were made or will be
17 made, or any proposed changes in the requirements for initial disclosures set forth in Rule
18 26(a), F.R.Civ.P.
19     9. Proposed deadlines for:
20     (a) filing motions to amend pleadings and motions to
21 join additional parties;
22     (b) disclosure of expert testimony under Rule 26(a)(2)(C), F.R.Civ.P.;
23     (c) completing discovery;
24     (d) filing dispositive motions; and
25     (e) filing a pretrial statement
26     (f) suggested date(s) for the final pretrial conference and trial.
27     10. Estimated length of trial.
28     11. Whether a jury trial has been requested.

12. The prospects for settlement.  Does any party wish to have a settlement conference before this or another Magistrate Judge?  How can settlement efforts be assisted?

13. Any unusual, difficult, or complex problems affecting the conduct of the case.

14. Any other matters which counsel believe will aid in expediting the disposition of this matter more quickly.

After the conference and pursuant to Rule 16(b), FED.R.CIV.P., the Court will enter orders limiting the time within which counsel may file pretrial motions, complete discovery, and file dispositive motions.  The Court's order shall control the course of the action unless modified by subsequent order.

**IT IS FURTHER ORDERED** that the parties shall keep the Court apprised of the possibility of settlement and should settlement be reached, the parties shall immediately file a Notice of Settlement with the Clerk of the Court with a copy to this Court's chambers. LRCiv 40.2(d).  This Court views compliance with the provisions of this Order as critical to its case management responsibilities and the responsibilities of the parties under Rule 1 of the Federal Rules of Civil Procedure. The April 8, 2008  Rule 16(b) scheduling conference may be vacated upon chamber's timely receipt of a Stipulation for Dismissal of this action signed by all counsel of record.

Dated this 7th day of March, 2008.

Lawrence O. Anderson
United States Magistrate Judge

- 4 -